DAVID P. CUSICK, TRUSTEE
P O BOX 1858
SACRAMENTO, CA 95812-1858
(916) 856-8000

FILED

JUL 21 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

LPAS

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:                                                    ) Case No.: No. 09-27153-E-13C
                                                          )
RAPOSO, GIL MARIANO                                       ) UNCLAIMED FUNDS
RAPOSO, JOANNE CAROL                                      )
                                                          )
              Debtor(s)                                   )

TO THE CLERK, U. S. BANKRUPTCY COURT:

Please find submitted herewith check #710964 in the sum of $1,183.82 representing the total amount of unclaimed dividend(s) in the above-entitled estate. This sum is being paid over pursuant to 11 U. S. C. Section 347(a) and Bankruptcy Rule 3011. The name(s) and address(es) is (are) as follows:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 11 | Onewest Bank FSB<br>6900 Beatrice Dr.<br>Kalamazoo, MI 49009 | $51,332.62 | $1,183.82 |

TOTAL CHECK $1,183.82

Dated this 15th day of July, 2014.    BY: _____
                                                            TRUSTEE